**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRITTANY WRIGHT, an individual,

Plaintiff,

v.

LITEHOUSE, INC., an Idaho corporation; and DOES 1-10, inclusive,

Defendants.

Case No.: 1:26-cv-8127

**COMPLAINT FOR:**

1. COPYRIGHT INFRINGEMENT; and
2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT

**JURY TRIAL DEMANDED**

Plaintiff, Brittany Wright ("Wright"), hereby prays to this honorable Court for relief based on the following:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendants, and each of them, because Defendants have purposefully directed their unlawful conduct to this judicial district and have conducted substantial business in this judicial district.

4. Venue is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred here and Defendants and/or Defendants' agents reside or may be found in this district.

**PARTIES**

5. Wright is an individual presently residing in New York.

6. Wright alleges on information and belief that Litehouse Inc. ("Defendant" or "Litehouse") is an Idaho corporation authorized to do business in and with the State of New York, as reflected in records maintained by the New York Department of State.

7. Defendants Does 1 through 10, inclusive (collectively with Litehouse, "Defendants") are other parties not yet identified who have infringed Wright's copyrights, have contributed to the infringement of Wright's copyrights, or have engaged in one or more of the wrongful practices alleged herein. Their true names, whether corporate, individual or otherwise, are presently unknown to Wright, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Wright is informed and believes and thereon alleges that at all times relevant hereto each Defendant was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Wright's rights and the damages to Wright proximately caused thereby.

**CLAIMS RELATED TO THE SUBJECT PHOTOGRAPHS**

9. Wright is an accomplished photographer whose work has been commissioned by nationally and internationally recognized brands, including Samsung, American Express, and Target, and featured in prominent publications such as *Condé Nast Traveller*, *O, The Oprah Magazine*, and *Esquire*.

10. Litehouse is a food manufacturing company that owns and operates the brand Veggiecraft, which produces and sells vegetable-based pasta products.

11. As part of its marketing efforts, Litehouse creates and publishes promotional content through the official Veggiecraft social media accounts to advertise its products, engage consumers, and promote the Veggiecraft brand.

12. Wright created and owns the original photographs depicted below ("Subject Photographs"):

///

///

///

**SUBJECT PHOTOGRAPHS**





13. Wright is the sole and exclusive owner of all right, title, and interest in and to the Subject Photographs, and has registered the copyrights for same with the United States Copyright Office.

14. Prior to the acts complained of herein, Wright widely publicly displayed and disseminated the Subject Photographs through, among other channels, her website, https://www.wrightkitchen.com/, her Instagram account, and numerous articles and features about Wright and her work.

15. Wright routinely includes identifying copyright management information with the Subject Photographs, including metadata.

16. Wright's alleges on information and belief that Defendants, and each of them, willfully reproduced, publicly displayed, and distributed the Subject Photographs without Wright's authorization for the purpose of promoting Litehouse's Veggiecraft brand and products. Specifically, Defendants exploited the Subject Photographs on Veggiecraft's commercial social media accounts, which Litehouse owns, operates, controls, maintains, and/or supervises (collectively, the "Infringing Uses"). True and correct screenshots of the Infringing Uses and their corresponding URLs are depicted below:

///

///

///

**INFRINGING USES**

**URL:** *https://www.instagram.com/p/BzGFaPMAkEy/*




**URL:** *https://www.facebook.com/veggiecraftfarms/photos/pb.100068878647141.-2207520000/313913946226847/?type=3*



**URL:** *https://www.instagram.com/p/BzdhkpHgWAW/*




**URL:** *https://www.facebook.com/veggiecraftfarms/photos/pb.100068878647141.-2207520000/2957821147066 97/?type=3*



17. The above exemplars are not meant to encompass all Infringing Uses; the claims made herein are as to any image displayed, published, licensed, distributed and/or sold by Defendants that incorporate without permission, in whole or in part, the Subject Photographs.

18. At no time has Wright authorized Defendants, or any of them, to copy, reproduce, distribute, publicly display, prepare derivative works from, or otherwise exploit the Subject Photographs.

19. On or around March 3, 2025 and August 19, 2026, Wright sent correspondence to Litehouse informing the company of its infringements and demanding that it cease all use of the Subject Photographs. Despite this, Litehouse failed to meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against all Defendants, and Each)**

20. Wright repeats, re-alleges, and incorporates by reference the allegations set forth in the preceding paragraphs as if fully stated herein.

21. Wright alleges on information and belief that Defendants, and each of them, accessed the Subject Photographs through one or more sources, including, without limitation, Wright's website, social media accounts, book, online profiles, and other online features; online publications and press coverage featuring Wright's work; books and other print publications; third-party websites; and other publicly available online sources. Access is further evidenced by the Subject Photographs' exact reproduction in the Infringing Uses.

22. Wright alleges on information and belief that Defendants, and each of them, infringed Wright's copyrights by copying, reproducing, displaying, and distributing the Subject Photographs online for commercial benefit and without Wright's authorization, including on Veggicraft's commercial Instagram and Facebook accounts, as depicted above.

23. Due to Defendants', and each of their, acts of infringement, Wright has suffered general and special damages in an amount to be established at trial.

24. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Wright's rights in the Subject Photographs. As such, Wright is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Wright's rights in the Subject Photographs in an amount to be established at trial.

25. Wright alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious.

## SECOND CLAIM FOR RELIEF

**(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)**

26. Wright repeats, re-alleges, and incorporates by reference the allegations set forth in the preceding paragraphs as if fully stated herein.

27. Wright alleges on information and belief that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing copies obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Uses on affiliate, third-party, and social media sites; and distributing the Infringing Uses to third parties for further publication.

28. Wright alleges on information and belief that Defendant(s), and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to

supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants, and each of them, received revenue in connection with the posting and sharing of the Infringing Uses, and were able to supervise the publication and distribution of the Infringing Uses.

29. By reason of Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Wright has suffered general and special damages in an amount to be established at trial.

30. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Wright's rights in the Subject Photographs. As such, Wright is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of her rights in the Subject Photographs, in an amount to be established at trial.

31. Upon information and belief, Wright alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious.

## PRAYER FOR RELIEF

WHEREFORE, Wright prays for judgment as follows:

1. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Wright's copyrights in the Subject Photographs, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the

Subject Photographs from any print, web, or other publication or account owned, operated, or controlled by any Defendant.

2. That Wright be awarded all profits of Defendants, and each of them, plus all losses of Wright, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, and other applicable law.

3. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Wright's intellectual property rights;

4. That Wright be awarded her costs and fees as permitted by law;

5. That Wright be awarded pre- and post-judgment interest as permitted by law; and,

6. That Wright be awarded be awarded such further legal and equitable relief as the Court deems just and proper.

**JURY DEMAND**

Wright demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: September 17, 2026
New York, New York

Respectfully submitted,

By: */s/ Alexandra Licitra*

Scott Alan Burroughs, Esq.
Alexandra Licitra, Esq.
**DONIGER / BURROUGHS**
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
alicitra@donigerlawfirm.com
*Attorneys for Plaintiff*